IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HEATHER PICQUELLE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00610

Judge Jorge L. Alonso

Magistrate Judge Keri L. Holleb Hotaling

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 97 | Xu's Home Decor |
| 3 | NingXiStore |
| 66 | syxyongxinghesd |
| 52 | ZCLRUG |
| 62 | Smal Lucky |
| 189 | Pzuqiu |
| 4 | DailyLifeArt |
| 27 | HISFZE |
| 61 | BRIDGETTE HERNANDEZ-HUERTA |
| 150 | Do Tri Trung |
| 58 | YOUJUPAI |
| 178 | KEROM |
| 15 | XBWL Store |
| 29 | IMCY |
| 53 | QJHCX |
| 87 | Eiflow Decor |
| 146 | CBloud Boat |
| 28 | NKBOT |
| 5 | Ryvnso |
| 12 | MNSRUU Life |
| 26 | CLveg |

| | |
|---|---|
| 174 | Autoark |
| 33 | ASO-SLING |
| 99 | Coolsshop |
| 77 | Freewander |
| 100 | Binienty |
| 102 | SKYINCHENGJIN |
| 108 | UNICEU |
| 109 | PZZ |
| 110 | quanzhouzhuotairongshuoxinxikejiyouxiangongsi |
| 116 | Pensura |
| 117 | BuyBai |
| 118 | TODIYADDU |
| 120 | Aoopistc |
| 121 | LICHENGLI |
| 123 | Snilety |
| 124 | OnlineGo |
| 127 | COEQINE |
| 128 | doginthehole |
| 134 | quanzhoubaoweixieyeyouxiangongsi |
| 139 | Yzan |
| 142 | FOR U DESIGNS US |
| 144 | Lisa Luo |
| 161 | Mxjsua Direct |
| 34 | VARUN Design |
| 38 | enshishichengdielushangmaoyouxianzerengongsi |
| 140 | Jekeno |
| 96 | Buhoet us |
| 8 | anna diamond painting shop |
| 191 | Wangting Household |
| 193 | Dehong Kitchen |
| 185 | US STORE Clearance |

DATED:  March 21, 2024  	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 21, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt